## Andrews *vs.* Andrews.

*D.* TEN BROECK moved for an attachment abfolute againft a witnefs, on affidavit that

he was regularly fummoned and money tendered him for his expences, which he did not object to for its infufficiency, but pofitively refufed to attend. He cited 1 Blacks 49. 2 Str. 1150.

*Per Curiam.* Here is a ftrong cafe of palpable contempt, and therefore the Court will award an attachment in the firft inftance. The fum of money tendered may, or may not, have been adequate, but as the witnefs did not object to it at the time, it is to be confidered fufficient.

## Woodward *ads.* Quackenbos.

*Ejectment.* IT appeared that the plaintiff's attorney, at the time of delivering a new declaration, after the confent rules were exchanged, not having received a plea, entered a Rule in the caufe againft the *tenant* to plead in twenty days ; which not being done, he proceeded to enter a default againft the *cafual ejector*.

*Emott* now moved to fet afide this default for irregularity. He contended, that until the tenant had complied with all the requifites of the *confent rule*, he could not be confidered as being fo in Court as that he could be known as a party to the fuit, and that therefore no rule could be taken againft him.

*Quackenbos* faid he had proceeded as had always been the practice, at leaft at Albany and in the northern part of the State.